**KELSEY A. SABOL**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**101 E. Front Street, Suite 401**
**Missoula, MT 59802**
**Phone: (406) 542-8851**
**FAX: (406) 542-1476**
**Email: kelsey.sabol@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED
OCT 08 2026
Clerk, U.S. District Court
District of Montana
Great Falls

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**SAMUEL PASCAL REDFERN,**<br><br>**Defendant.** | **CR 26-** 50 **-M-** WWM<br><br>**INDICTMENT**<br><br>**PROHIBITED PERSON IN POSSESSION OF FIREARMS AND AMMUNITION**<br>**Title 18 U.S.C. § 922(g)(8)**<br>**(Penalty: 15 years of imprisonment, $250,000 fine, and three years of supervised release)**<br><br>**CRIMINAL FORFEITURE**<br>**Title 18 U.S.C. § 924(d)** |

THE GRAND JURY CHARGES:

That between on or about September 2024 and on or about February 5, 2026, at or near Missoula, within Missoula County, in the State and District of Montana, the defendant, SAMUEL PASCAL REDFERN, knowing he was subject to a court order that was issued after a hearing of which he received actual notice and at

which he had an opportunity to participate that restrains him from harassing, stalking, or threatening an intimate partner, and engaging in other conduct that would place the intimate partner in reasonable fear of bodily injury to the intimate partner, and that includes a finding that the defendant represents a credible threat to the safety of the intimate partner and by its terms explicitly prohibits the use, attempted use, or threatened use of physical force against the intimate partner that would reasonably be excepted to cause bodily injury, knowingly possessed, in and affecting interstate and foreign commerce, firearms and ammunition, in violation of 18 U.S.C. § 922(g)(8).

## FORFEITURE ALLEGATION

If convicted of the offense set forth in this indictment, the defendant, SAMUEL PASCAL REDFERN, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), any firearm and ammunition used and involved in a knowing violation of said offenses.

Foreperson Signature Redacted - Original Document Filed Under Seal

A TRUE BILL.

KELSEY A. SABOL
Assistant U.S. Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney